**The Honorable Robert S. Lasnik**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>GABRIEL CRONIN,<br><br>  Defendant/Judgment Debtor,<br><br>  and<br><br>THE VANGUARD GROUP,<br><br>  Garnishee. | NO.  2:19-MC-00157-RSL<br><br>(2:17-CR-00311-RSM-1)<br><br>**Continuing Garnishment Order** |

A Writ of Continuing Garnishment, directed to Garnishee, The Vanguard Group, has been duly issued and served upon the Garnishee. Pursuant to the Writ, Garnishee The Vanguard Group, filed its Answer on December 9, 2019, stating that at the time of the service of the Writ, Garnishee had in its possession, custody, or control a Roth IRA Brokerage account, valued at $29,054.98, as of November 27, 2019, in which Mr. Cronin maintains an interest.

//

//

CONTINUING GARNISHMENT ORDER (*USA v. Gabriel Cronin & The Vanguard Group, Court Nos*. 2:19-MC-00157-RSL / 2:17-CR-00311-RSM-1)  - 1

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

After notification of the garnishment proceeding was mailed to the Garnishee and Defendant/Judgment Debtor Cronin on or about November 22, 2019, Mr. Cronin has not requested a hearing to determine exempt property as of this date.

IT IS THEREFORE ORDERED as follows:

That the Garnishee, The Vanguard Group, shall pay to the United States District Court for the Western District of Washington, the entire amount (less federal tax withholdings paid to the Internal Revenue Service, if any) of non-exempt property from any and all accounts in the Garnishee's possession, custody, or control, including, but not limited to, the Roth IRA Brokerage account, in which the Defendant/Judgment Debtor maintains an interest and meets the requirements to withdraw, or becomes eligible to withdraw, but such amount shall not exceed the amount necessary to pay Mr. Cronin's restitution balance in full;

That such payment(s) shall be applied to Defendant/Judgment Debtor Cronin's outstanding restitution obligation, by the United States District Court for the Western District of Washington; and

That the payment shall be made out to the United States District Court, Western District of Washington, referencing Case Nos. 2:17-cr-00311-RSM-1 and 2:19-MC-00157-RSL, and to deliver such payment either personally or by First Class Mail to:

> United States District Court, Western District of Washington
> Attn: Financial Clerk – Lobby Level
> 700 Stewart Street
> Seattle, Washington 98101

CONTINUING GARNISHMENT ORDER (*USA v. Gabriel Cronin & The Vanguard Group, Court Nos*. 2:19-MC-00157-RSL / 2:17-CR-00311-RSM-1) - 2

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970

DATED this 1st day of July, 2020.

*[signature]*
ROBERT S. LASNIK
United States District Court Judge

Presented by:

s/ Kyle A. Forsyth
KYLE A. FORSYTH, WSBA # 34609
Assistant United States Attorney

**CONTINUING GARNISHMENT ORDER (***USA v. Gabriel Cronin & The Vanguard Group, Court Nos***. 2:19-MC-00157-RSL / 2:17-CR-00311-RSM-1)  - 3**

UNITED STATES ATTORNEY'S OFFICE
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101
PHONE: 206-553-7970